IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS MOORE                    :        CIVIL ACTION
                                :
          vs.                   :
                                :
FRANKLIN TENNIS,  et al.        :        NO. 09-846


**O R D E R**

     **AND NOW**, this   2nd   day of  March, 2010, upon careful and independent

consideration of the petition for writ of habeas corpus, and after review of the Report and

Recommendation of Elizabeth T. Hey, United States Magistrate Judge, together with the

objections filed by the Petitioner, it is hereby **ORDERED** that:

    1. The objections to the Report and Recommendation are **DENIED**.

    2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

    3. The petition for a writ for habeas corpus  is **DENIED**.

    4. There is **<u>no</u>** probable cause to issue a certificate of appealability.


          BY THE COURT:


          /s/ Robert F. Kelly          
          ROBERT F. KELLY
          SENIOR JUDGE.